No. 79–5798. BERRY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 79–5799. MOORE v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–5800. RINEHART v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 79–5801. TAYLOR v. GARRISON. C. A. 4th Cir. Certiorari denied.

No. 79–5802. CLARK v. PAYNE ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5803. SIMMONS v. McDANIEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5807. NEWTOP v. MERIT SYSTEMS PROTECTION BOARD. C. A. 9th Cir. Certiorari denied.

No. 79–5811. STUART v. PONDER, JUDGE. Sup. Ct. Ark. Certiorari denied.

No. 79–5812. SHEPTIN v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5813. COLE v. RANDLES ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5814. KNOWLES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5815. CONNER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 79–5818. MILLER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 79–5819. REED v. SCHWAB ET AL. Sup. Ct. Ore. Certiorari denied.